

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> D-1   ANTHONY VESPA, <br><br> Defendant. <br> _____/ | Case:2:19-cr-20220 <br> Judge: Lawson, David M. <br> MJ: Grand, David R. <br> Filed: 04-12-2019 At 03:22 PM <br> INFO USA V. SEALED MATTER (DA) <br><br> VIOLATION: <br><br> 18 U.S.C. § 1343 – Wire Fraud |

## INFORMATION

The United States Attorney charges:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1.     **ANTHONTY VESPA** (D-1) was a resident of Bloomfield Hills, Michigan, and was employed as an independent contractor for Southeast Michigan Accountable Care (SEMAC), acting as the executive director/compliance officer.

2.     SEMAC, an accountable care organization doing business in the Eastern District of Michigan, was a network of physicians who partnered to provide coordinated care to Medicare patients.

1

3.  **VESPA**'s responsibilities, included maintaining and managing bank accounts in SEMAC's name with SEMAC's address.

4.  **VESPA** was responsible for managing funds coming into SEMAC's accounts and disbursements from those accounts for the benefit of SEMAC.

5.  PNC Bank was a financial institution doing business in the Eastern District of Michigan and SEMAC was a PNC Bank account holder.

6.  SEMAC participated in a "shared savings' program with Medicare in which Medicare, on a yearly basis, would pay SEMAC a percentage of the money SEMAC saved the Medicare program.

## COUNT ONE
(18 U.S.C. § 1343 - Wire Fraud)

D-1 **ANTHONY VESPA**

The general allegations are included in this count.

7.  On or about January 6, 2015, through on or about October 30, 2017, in the Eastern District of Michigan, Southern Division, defendant **ANTHONY VESPA**, having devised a scheme and artifice to defraud and for obtaining money by means of false and fraudulent material pretenses, representations and promises, did the following:

      a.  On or about September 7, 2017, without the permission, authority, or knowledge of SEMAC and with intent to defraud, **VESPA** opened a new bank account in SEMAC's name using his home address, which allowed him to control disbursements from the accounts and to hide account activity from SEMAC.

      b.  On or about October 13, 2017, Medicare deposited $3,947,000 of shared savings income into SEMAC's PNC bank account.

      c.  From on or about October 23, 2017 through on or about October 30, 2017, with intent to defraud SEMAC, **VESPA** withdrew a majority of the shared savings funds and converted them to his own use.

8.  And for the purpose of executing the scheme, **VESPA** transmitted and caused the transmission by means of wire communication in interstate or foreign commerce, writings, signs, signals, pictures or sounds, in the form of a wire transfer of funds in the amount of $2,000,000 from PNC Bank in Birmingham, Michigan to Bank of America in New York, New York.

## FORFEITURE ALLEGATION

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – *Criminal Forfeiture*)

9. The general allegations and Count One of this Information are included to allege forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

10. Upon conviction of an offense in violation of Title 18, United States Code, Section 1343, the defendant shall forfeit to the United States of America, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The forfeiture in this case may include entry of a forfeiture money judgment in an amount up to the value of the property subject to forfeiture for the violations of conviction.

11. If, by any act or omission of the defendant, the proceeds of the offense cannot be located upon the exercise of due diligence, have been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or have been commingled with other property which cannot be divided without difficulty, the United States of America

shall seek to forfeit substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

12. All in violation of Title 18, United States Code, Section 1343.

MATTHEW SCHNEIDER
United States Attorney

*/s/ John K. Neal*
John K. Neal
Assistant United States Attorney
Chief, White-Collar Crime Unit

*/s/ Karen L. Reynolds*
Karen L. Reynolds        P31029
Assistant United States Attorney
White-Collar Crimes Unit
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9672
karen.reynolds@usdoj.gov

Dated: 4-12-2019

5

| United States District Court<br>Eastern District of Michigan | Criminal Case | Case: 2:19-cr-20220<br>Judge: Lawson, David M.<br>MJ: Grand, David R.<br>Filed: 04-12-2019 At 03:22 PM<br>INFO USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: KLR |

**Case Title:** USA v. ANTHONY VESPA

**County where offense occurred:** Wayne County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/ ✓ Information — **no** prior complaint.
____Indictment/____Information — based upon prior complaint [Case number:                    ]
____Indictment/____Information — based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 12, 2019
Date

Karen Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9672
Fax: (313) 226-2873
E-Mail address: Karen.reynolds@usdoj.gov
Attorney Bar #: P31029

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.